THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. PULLEY, Appellant. [767 NYS2d 317] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Griffith, J.—Promoting Prison Contraband, 2rd Degree. Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY R. WALKER, Appellant. [767 NYS2d 318] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wayne County Court, Nesbitt, J.—Criminal Contempt, 1st Degree). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE WIMES, Appellant. [767 NYS2d 317] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Criminal Contempt, 2nd Degree). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.

(October 9, 2003)

██ JOSEPH F. CEGIELSKI, Individually and as Parent and Natural Guardian of LISA CEGIELSKI et al., Infants, Respondent, v VOLNEY R. SPENCER, Appellant, et al., Defendants. (Appeal No. 7.) [765 NYS2d 813] —Appeal from a judgment of Supreme Court, Erie County (O'Donnell, J.), entered June 24, 2002, which upon a jury verdict awarded plaintiff money damages of $258,448.35 on behalf of Lisa Cegielski against defendant Volney R. Spencer.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.